1 | JASON M. FRIERSON
United States Attorney
2 | Nevada Bar Number 7709
KIMBERLY M. FRAYN
3 | Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
4 | Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
5 | Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00788-DJA |
| Plaintiff, | ORDER **to Dismiss the Complaint Without Prejudice** |
| v. | |
| ROBERTO CARLOS FUENTES GARCIA, aka "Roberto Garcia," aka "Jesse Jackson Salgado Ramires," aka "Franklin Alexander Restrepo Spain," | |
| Defendant. | |

The complaint in this case charges defendant Roberto Carlos Fuentes Garcia with violating 18 U.S.C. § 1542 (False Statements in the Application of a United States Passport). On August 29, 2023, the Court ordered defendant released on bond under 18 U.S.C. §3142, and he was transferred into the custody of U.S. Immigration and Customs Enforcement, which removed him from the country on or about October 10, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the complaint without prejudice.

Respectfully submitted this 6th day of November, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERTO CARLOS FUENTES GARCIA,<br>　　aka "Roberto Garcia,"<br>　　aka "Jesse Jackson Salgado Ramires,"<br>　　aka "Franklin Alexander Restrepo Spain,"<br><br>　　　　　Defendant. | Case No. 2:23-mj-00788-DJA<br><br>**Order Granting<br>Motion to Dismiss the Complaint<br>Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the complaint against Defendant Roberto Carlos Fuentes Garcia.

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 6th day of November, 2023.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE